**Kevin WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 76580.**

Missouri Court of Appeals,
Western District.

July 15, 2014.

Amy M. Bartholow, Columbia, MO, for appellant.

Shaun Mackelprang, Jefferson City, MO, for respondent.

Before Division Two: VICTOR C. HOWARD, P.J., and ALOK AHUJA and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

Appellant Kevin Williams was convicted of first-degree robbery and armed criminal action following a bench trial. Williams moved for postconviction relief under Supreme Court Rule 29.15. Williams argued that he received ineffective assistance of counsel in connection with his waiver of a jury trial, because counsel failed to adequately advise Williams of the procedural mechanisms which would prevent African–Americans from being arbitrarily excluded from his jury. The circuit court denied Williams postconviction relief following an evidentiary hearing. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).